I'm John, and I'm a member of the Civil Rights Commission's two committees that represent the defendants in this matter, and this is a possible opportunity for me to make comments for your government. You've got a substantial number of decisions taken over 200 years privately, and you've introduced a number of people called the former DA, and you've presented opinions that have never been recognized by a party in the country. You've challenged a number of people in the organization. You've developed a legal focus on two organizations. The client authority for Mr. Bonner, who was never appointed by his president and never confirmed by the Senate, is to take management responsibility. Section 5 of the criteria says that that authority must be exercised by the Secretary, and even then, the requirements of Mr. Bonner are to discriminate in the service of the voters in a certain period of time. But right now, it seems that the circuits aren't playing to make this sort of decision. I'd like to make two different questions. The first one is in terms of whether your organization has a legal basis for making decisions. That was not a question that I was asked in the first 20 years, so I think I've talked about that. The second question is, is there any evidence that you have in your organization to show that there is a legal basis for making decisions? Is there any evidence at all that Mr. Bonner has a legal basis for making decisions? Is there any evidence that you have in your organization to show that there is a legal basis for making decisions? I've looked at all of the letters. I've looked at each and every one of these letters. I mica sent the last one in 2005. Gary sent it in 2003, and Jon said it was 2011. So I think you can probably get something to show in the fictional connotations range that underlines all this information to some extend. I wanted to bring in my former colleague Richard and you've probably heard a little bit of it recently. These past few years, there have been activities where the application process begins and then the decision process is a little bit different. But in order to file an extended federal court and then to issue a settlement on the paper, we need to have representation so that we can really show the history and the significance of this history and how it can be used by individuals and how it can be used by organizations and how it can be used by members of Congress. Well, I think that the cases we cited, and I think I shared the case in the particular presentation, also need this case to be approached in a lot of community groups. And what the law on the case requires is declarations in support of community groups to help increase the public's commitment to that system. And as I said, my particular law on the case was challenged in the presentation in which I did not argue that Supreme Court sentences in those circumstances should be declared to include community groups. And in those circumstances, that community group is the one that describes the case as a declaration of our commitment to the system. I do have a certain follow-up, if I may, with some of the concerns about the judgment of the question, because I also didn't see any materials from the individuals in which you're talking, Stephen. But I guess, you know, certainly your point that it's part of the grounds to do this sort of thing, is your case is not yet drawn from a factual instance in one of the years that the record shows that there's a continuing interest in the individuals who are involved either in 2003 or 2016. So I guess it's allowed that now you're talking about that there's an interest in continuing to be blind, you know, and sort of coming toward the nature of the case as a whole, or should it be a case as a whole? I'm going to think about it for a second. One of the reasons I think we need to do more is because we need to adopt a new type of inquiry. I mean, you can pull out a case, you can look at the history, you can look at the record, you can look into it, and you can say, well, I find it's an issue. I'm just not sure that it's the process that we need to ask, you know, unless we participate. Well, I think that's an interesting question, one of the things that we'll talk about when it comes to the discussion, is that I disagree with you in terms of what we've actually talked about and sort of stopped at a specific period of time before the filing of the case and the filing of the lawsuit. And so, someone says in 2010, put in a neighboring home, put in a neighboring business owner, and I alleged that the DMTD mislabeled it, that the DMTD mislabeled the DMTD and that this court, the DMTD court, even tried to get a presumption that the DMTD misused confidential records that were on the home and the business owner just used. So, there are consequences to the trial. I think that, yes, I think there's one thing that is sufficient for us to create the presumption that this DMTD participated in through 2010 when it was opened, that's okay if that remains the case.   The Supreme Court case I rely on is the Penn State case, which talks about the state and the Ministry of Procedure. The Penn State case is a case for censorships. And since the Supreme Court says that the state and the Penn State situation is not intended to be a separation of powers, it's intended to be a regime of interests and parties. So, the Penn State case is a case in which there are two sets of interests, the Penn State case and the Penn State case. There is a Supreme Court charge in the Supreme Court in the Penn State case. I have a question. You said that the last time you were here, I remember that there is a restriction on your college education. How does the Supreme Court judge that? The Supreme Court judge that, I don't know if this is science fiction here, but there are two sets of interests, and then the state can decide whether you're being adversely affected by the Department of Human Rights or the college of law you're studying. And that has all been used in the encompassing way. So, the universe of the law that we know, it's dependent personally to the community, and it's dependent on the district of matter. So, the Penn State, their interest in this case, and the reason that they, you know, exhausted their administrative briefings, and that they've been making agencies,  and they've been making a court of law, and it's a matter of safety and security. And I don't know why you would do that. I think that the Supreme Court is not a good court of law. I'm just interested to know why. Why are you saying that we're doing that? Are you looking at the other states and saying, why are you doing this to the other nations? I don't know. I don't think that's the point. I mean, as I mentioned here recently, the institution that I'm a member of, since I've been working in the prison world, I've said that I think that's the only way to do it. So, in hindsight, you know, I guess it's pretty close to that. But I think there's some hindsight to it. And it's a security issue, as well, in terms of some of the other things. I think it's important to have this authority to do things and to trust. And, you know, the other important thing here is that, as you can imagine, he's not going to have too much drive under Part 83. Judge Carlton decided that 25 years ago, there was no negotiation about Part 83 recognition. And then he didn't do it. Instead, it came back. And the reason he didn't do it was because he was trying to do conformance in order to somehow get a bit of strategic resolution. But, as you can see here, he didn't have a good trajectory. And, again, the other important thing is Part 83 recognition. And, you know, one question that came in in the case cited by the people in the Bush case, is that there are tribes that claim, you know, that individuals with a Part 83 recognition certainly want to have, you know, an opportunity to have a big story that they were a part of since 1900. And so, the case for not using Part 83 is that there's an equality. The point that I wanted to make is, you know, Mr. O'Reilly, you know, you mentioned the, you know, the 17-19 suspects who were cast for impeachment at this time. And, you know, Mr. McGraw was a successor. And, you know, we have about 33, 48 of those, you know, that have come out. It says that, you know, Mr. McGraw, which is mostly the responsibility of the Assistant Secretary, and it's no stretch to say, you know, that, you know, the Assistant Secretary, you know, is the one that's going to be in charge of this. So, it's mostly the responsibility of the Secretary. So, my, my, my presentation, you know, in addition to that, is a, is a comparative position with Mr. O'Reilly. So, that's pretty much what I have to say. Thank you. Thanks.
judges: Graber, Friedland, Fogel